In the Matter of the Judicial Settlement of the Account of PRESTON P. SATTERWHITE and CITY BANK FARMERS TRUST COMPANY (Formerly Known as

---

* Amdg. Gen. Mun. Law, § 76.— [REP.

† See Tax Law, § 220, subd. 4, as amd. by Laws of 1926, chap. 357, and Laws of 1928, chap. 330.— [REP.

The Farmers' Loan and Trust Company), as Executors of the Last Will and Testament of Florence C. Satterwhite, Deceased, and of the Application for a Construction of Said Will. William Gould Brokaw, Appellant; Preston P. Satterwhite and Another, as Executors, etc., of Florence C. Satterwhite, Deceased, and Another, Respondents.— Decree of the Surrogate's Court of Nassau county, in so far as appealed from, unanimously affirmed, with costs, payable by appellant personally. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.